**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7769**

T. THORNE-EL,

Plaintiff – Appellant,

and

ANTHONY J. WASHINGTON,

Plaintiff,

v.

IRVIN RYAN, JR.; A. GODFREY; MS. ROBERSON; MRS. BROOKS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:12-ct-03063-F)

Submitted: February 28, 2013          Decided: March 26, 2013

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

T. Thorne-El, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

T. Thorne-El appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thorne-El v. Ryan, No. 5:12-ct-03063-F (E.D.N.C. Sept. 28 & Oct. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED